334

34642. CROMARTIE *v.* THE STATE.

TOWNSEND, J. The decision in this case is controlled by that in *McNeal* v. *State,* ante. The bill of exceptions is dismissed, with direction that the plaintiff in error be allowed to have the same entered on the minutes of the trial court as exceptions pendente lite.

*Writ of error dismissed with direction. Gardner, P. J., and Carlisle, J., concur.*

DECIDED JUNE 9, 1953.

G. H. *Mingledorff, Gibson & Maddox,* for plaintiff in error.
J. R. *Walker, Solicitor-General, R. A. Moore,* contra.